UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-3322

Filed: September 9, 2004

SALLY HARRISON-PEPPER, Ph.D

    Plaintiff - Appellant

1:01 cv 746

    v.

MIAMI UNIVERSITY

    Defendant - Appellee

**MANDATE**

Pursuant to the court's disposition that was filed 6/25/04 the mandate for this case hereby issues today.

A True Copy.

No costs taxed        Attest:

Filing Fee ..........$
Printing ...........$

    Total .......$

Deputy Clerk